PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUNDO ARCINIEGA CALZADA,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>    Respondent. | CASE NO. 2:23-CV-00599-EFB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME |

On June 14, 2023, the Respondent requested an extension of time to June 21, 2023, to file its motion to dismiss or response to Petitioner's 28 U.S.C. 2241 petition.  ECF 1.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted.  The response is now due June 21, 2023.

Dated: June 15, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE