UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUNDO ARCINIEGA CALZADA, | No. 2:23-cv-00599-EFB (HC) |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| WARDEN, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2241. On June 26, 2023, respondent filed a motion to dismiss the petition. ECF No. 13. On July 28, 2023, the court informed petitioner of the requirements for filing an opposition to a motion to dismiss. ECF No. 14. That order gave petitioner twenty-one (21) days to file an opposition or statement of non-opposition. *Id.* The order also warned petitioner that his failure to respond to the motion to dismiss would result in the dismissal of this action. *Id.*

The time for acting has passed and petitioner has not filed an opposition or a statement of non-opposition, nor has he otherwise responded to the court's order.

Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

/////

1

1      Further, it is RECOMMENDED that this action be dismissed without prejudice. *See* E.D. Cal. L.R. 110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 1, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE